IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL MORALES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 07-314 |
| Defendants. | : | |

**ORDER**

AND NOW, this **17th** day of **May**, **2007**, following a Rule 16 Conference and as per the agreement of the parties, it is hereby **ORDERED** that all claims against the City of Philadelphia are **DISMISSED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**